**FILED**

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | * | Sui Juris, Alleged Defendant; |
| Plaintiff, | * | Case: 1:08-cv-00280 |
| -v- | * | Assigned To : Urbina, Ricardo M. |
| | | Assign. Date : 2/14/2008 |
| Rafael Diaz, | * | Description: Habeas Corpus |
| (hereafter "Defendant) | * | |

*Habeas Corpus*

REBUTTAL TO GOVERNMENT RESPONSE TO PRETRIAL OMNIBUS MOTIONS,
CENTRAL ARGUMENT: **LACK OF DISTRICT COURT JURISDICTION**:

1. The court is demanded to dismiss this case with prejudice and
(as it is claimed that Defendant committed a federal crime) to
construed this motion as a habeas corpus under title 28 USC, § 2241
regarding Eastern District Court of Michigan's Case No. 99-CR-80241-D
which must be vacated for lack of U.S. District Courts jurisdiction.
Central argument—specified in this petition following. Defendant
remind this Court that if you do not dismiss and vacated these
cases, you implicitly waive judicial immunity:

> "But **when a judge knows that he lacks jurisdiction, or acts in the face of
> clearly valid statutes or case law expressly depriving him of jurisdiction,
> judicial immunity is lost.** See Bradly v. Fisher, 80 U.S. (13 Wall) @ 351
> ("when the want of jurisdiction is known to the judge, no excuse is
> pemissible"); Turner v. Raynes, 611 F.2d 92, 95 (5th Cir. 1980)(Stump is
> consistent with the view that "a clearly inordinate exercise of unconferred
> jurisdiction by a judge-one so crass to establish that the embarked on it
> either knowingly or recklessly-subjects him to personal liability").
> [**Rankin v. Howard**, 633 F.2d 844 (1980)]

2. The U.S. Government's position when answered Omnibus Motions
(jurisdiction argument) is fully set forth in its brief. See Exh.
No. 1369 dated 01/19/2006, from Defendant's Docket Text. As is
discussed therein on pages 40-44, Govern's response dated: 1/19/06.
Defendant remind this Court that the central argument of the

jurisdiction issue is that the United States District Court for the Western District of New York is other than **Article III of the United States Constitution** and the frivolous notion that the authority of the U.S. is confined in the District of Columbia. As I have explained and stated again:

3.   This court is other than an Article III judicial Court.  Its officers are not judicial officers, but executive branch employees in the context of the Constitution but not in the context of federal statutory law.

> "The United States District Court is not a true United States court established under article 3 of the Constitution to administer the judicial power of the United States therein conveyed.  It is created by virtue of the sovereigh congressional faculty, granted under article 4, § 3, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts, in offering an opportunity to nonresidents of resorting to a tribunal not subject to local influence, **does not change its character as a mere territorial court**." [Balzac v. Porto Rico, 258 U.S. 298, 42 S.Ct. 343 (1922), Emphasis added]

4.   A "District Court of the United States" is the only Article III court, and all "District Courts of the United States" were abolished with the Judicial Code of 1911, 36 Stat. 1087-1169, and replaced with "United States District Courts".

> The term 'District Courts of the United States,' as used in the rule, without an addition expressing a wider connotation, has its historic significance.  It describes the constitutional courts created under article 3 of the Constitution. Court of the Territories are legislative courts, properly speaking, and are not District Courts of the United States.  We have often held that vesting a territorial court with jurisdiction similar to that vested in the District Courts of the United States does not make it a 'District Court of the United States.' Reynolds v. United States, 98 U.S. 145, 154, 25 L.Ed. 244. The City of Panama, 101 U.S. 453, 460, 25 L.Ed. 1061; In re Mills, 135 U.S. 263, 268, 10 S.Ct. 762, 34 L.Ed. 107, McAllister v. United States, 141 U.S. 174, 182, 183, 11 S.Ct. 949, 35 L.Ed. 693; Stephens v. Cherokee Nation, 174 U.S. 445, 476, 477, 19 S.Ct. 722, 43 L.Ed. 1041; Summers v. United States, 231 U.S. 92, 101, 102, 34 S.Ct. 38, 58 L.Ed. 137; United States v. Burroughs, 289 U.S. 159, 163, 53 S.Ct. 574, 77 L.Ed. 1096.  Not only did

the promulgating order use the term District Courts of the United States in its historic and proper sense, but the omission of provision for the application of the rules to the territorial courts and other courts mentioned in the authorizing act clearly shows the limitation that was intended." [**Mookini v. U.S.** 303 U.S. 201, 58 S.Ct. 543 (1938)]

5.  As such, any penalties that might be invoked by this Article IV legislative tribunal amount to an unconstitutional Bill of Attainder, which are court penalties instituted by the executive branch without the involvement of true judicial power.

> **Bill of attainder.** Legislative acts, no matter what their form, that apply either to named individuals or to easily ascertainable members of a group in such a way as to inflict punishment on them without a judicial trial. **United States v. Brown**, 381 U.S. 437, 448-49, 85 S.Ct. 1707, 1715, 14 L.Ed. 484, 492; **United States v. Lovett**, 328 U.S. 303, 315, 66 S.Ct. 1073, 1079, 90 L.Ed. 1252.  An act is a "bill of attainder" when the punishment is death and a "bill of pains and penalties" when the punishment is less severe; both kinds of punishment fall within the scope of the constitutional prohibition. **U.S. Const. Art. 1, Sect 9, Cl.3** (as to Congress),' **Art. I, Sec, 10** (as to state legislature). [Black's Law Dictionary, Sixth Edition, page 165]

6.  Alleged Defendant has included Exhibit 1 in the attached Affidavit Material Facts, which is a Thumb Drive/ or a CD containing:

   A.  Electronically searchable versions of **ALL** of the judicial acts of Congress from 1789 to the present in **PDF form**.  He has searched all of these acts and found no proof that Congress ever invoked Article III of the U.S. Constitution in creating either the U.S. supreme Court, or any infirior United States District Court or Circuit Courts.

   B.  A book exhaustively analyzing the history and establishment of the United States District Court, and which analyzes all the evidence to conclusively prove that all United States District Courts are **Article IV** territorial courts and **Article III** courts.  The book is called **What Happened to**

Justice?

7.  The plaintiff is simply asked to produce the statute or statutes of Congress that specifically identify this court as an **Article III** Court. without such evidence, it **must be presumed** that this is an Article IV legislative court whose **OFFICERS** are **Executive Branch employees** in the context of the Constitution.

8.  Court rulings that would contradict these conclusions from any court are non-responsive, because courts are NOT legislative bodies.  Only the will of Congress expressed in the Statutes at Large can settle this matter.  Neither the U.S. Supreme Court nor any inferior court can **"ordain and establish"** an inferior court or confer Article III powers upon it.

> It is contended that Congress has reversed this current by permitting the Supreme Court to legislate upon it. **Congress could not confer, nor could the Supreme Court exercise the authority to ordain and establish 'inferior federal court' and fix the jurisdiction thereof wich power *615 was given to Congress along by the Constitution.** suffice it to say Congress gave the Supreme Court 'power to prescribe * * * rules of pleading, practice, and procedure * * * in criminal cases in district courts of the United States.' 18 U.S.C. § 687.  Unless the transfer of jurisdiction from one court to another is governed by rules of pleading, practice and procedure, the statute was of no avail.  FN 41 [**U.S. v. Bink** 74 F. Supp. 603, D.C. Or. (1974)] "The court has no authority to interpolate a limitation that is neither expressed nor implied.  Our duty is to **execute** the law, **not to make it."** [U.S. v. **Wong Kim Ark**, 169 U.S. 649 (1898)]

Certainly, "fix the jurisdiction" as used above implies **expressly** (rather than impliedly) delegating powers under **Article III** of the Constitution. Absent such express delegation, the only thing that legislation can do is establish a legislative court that is incapable of exercising **Article III** judicial power.  Exhibit 1, section 2.6 the **What Happened to Justice** book plainly proves using enactments from the Statutes At Large that the **ONLY Art. III** court ever created by Congress is the U.S. Court of International Trade, **70 Stat. 531.** There is not other enactment of Congress which **"ordains and establish"** any United States District Court as an Article III Court.

9.  The burden of proof is on the Plaintiff ro prove this, as the moving party, and if he does **not**, there is no basis to concluded with evidence that this court has any **Article III** judicial power  over  this  matter.  Defendant

has challenged the jurisdiction of the United States District Courts for the Eastern District of Michigan and for the Western District of New York without an answer from neither district. Exh. for E.D. of Mich. is NA; for W.D. of NY see Exhs. 1333, dated 4/20/05 and 1363 dated 11/17/05, from Defendant's Docket Text.

10.   On April 16, 1999, the Magistrate Judge Paul J Komives, from E.D. of Mich. (Detroit) signed a doxument identified a AO 472 (Rev. 386) Order of Detention Pending Trial, Part II of the document, with Indictment # 99-80241 on it. The U.S. Magistrate based his **unconstitutional** power to hold Defendant in custody on Part II of the above mentioned document, and under his 'implied consent.' See Exhibit 2.

11.   Somewhere, around end of December, 2003, or begining of January, 2004, in the United States District Court, for the Western District of New York, the Hon. Magistrate H. Kenneth Schroeder, Jr., also implied that Defendant has consent to the proceeding(s) in this Ind. # 95-CR-10-A. If the U.S. Government or counsel in this case provide Defendant discovery and transcripts he would attached exhibit that would sustained the allegacion of Hon. Magistrate **implied consent**.

12.   From the above stated facts, could be fair to concluded and says that in the course of the U.S. District Courts business affairs it is a **COMMON** practice use  the magic word CONSENT, when—really the victim doesn't know what's going on around him.  the judicial **schizophenia** (the common used of the implied consent,) is no where in the U.S. Constitution. there is nothing in the practice of men or in the Municipal Law of men, or in the practice of nations, or the Law of nations that says so.  **Silence gives consent, is the rule of business life.** This **coerced** practice is forbidding by the use of the maxim  in the Municipal Law.  In the Law of Nations  as  well:

"Silent acquiescence in the breach of a treaty binds a Nation. (Vatted, ch. 16, sec. 199, book 1. See book 2, sec. 142 et seq. as to usucaption and prescription, and sec. 208 as to ratification.) The **Ordinance** was passed the 24th of January, 1842, and has been in operation ever since without Congress opposition".

13. As prior stated in ¶ #9, Defendant has been challenging the U.S. District Courts since 1999-2000 without response from any of the districts. The failure of the U.S. District Courts to answer Defendant's jurisdiction motion is a procedural default in Justice Department part; also, its failure to response is forgidding by the use of the maxim in the Municipal Law. In the Law of Nations as well:

"Silent acquiescence in the breach of a treaty binds a Nation. (Vatted, ch. 16, sec. 199, book 1. See book 2, sec. 142 et seq. as to usucaption, and prescription, and sec. 208 as to ratification.) The **Ordinance** was passed the 24th of January, 1842, and has been in operation ever since without Congress opposition."

In the best interest of justice is also important to observe that, after Defendant challenged for Second time the jurisdiction of the U.S. District Court as well the magistrate jurisdiction and also requested Article III court and judge in the litigation of this matter(s), he has been denied access to court since then: 2005, or 2006. It is that what is calling FREEDOM of SPEECH?

14. The burden of proof is on the plaintiff to prove contrary as the moving party in this matter. All matters such as this which involve constitutional rights must be tried using Article III judicial power and since this has not been done, this is an UNLAWFUL proceeding. The accused never explicitly has consented to be detained or has ever-never waived his constitutional rights and the burden of proving that I did resist on the Plaintiff

before this proceeding may be tried in an article IV legislative

court such as this one:

> "Although **Crowell** and **Raddatz** do not explicitly
> distinguish rights created by Congress and other
> rights, such a distinction underlies in part Crowell's
> and Raddatz' recognition of a critical difference
> between rights created by federal statute and rights
> recognized by the Constitution. **2878. Moreover, such
> a distinction seems to us to be necessary in light of
> the delicate accommodations required by the principle
> of separation of powers reflected in Article III. The
> constitutional system of **checks** and **balances** is
> designed to guard against "encroachment or aggrandize-
> ment" by Congress at the expense of the **other branches**
> of government. **Buckley v. Valeo**, 424 U.S., at 122, 96
> S.Ct., at 683. But when Congress create a statutory
> right [a "privilege" in this case, such a 'trade or
> business'] it clearly has the discretion, in defining
> that right, to create presumptions, or assign burdens
> of proof, or prescribe remedies; it nay also provide
> that persons seeking to vindicate that right must do
> so before particulazed tribunals created to perform
> the specialized adjudicative tasks related to do that
> right. FN 35. Such provisions do, in a sense, affect
> the exercise of judicial power, but they are also
> incidental to Congress' power to define the right that
> it has created. No *84 comparable justification exists,
> however, when the right being adjucated is not of
> congressional creation. In such a situation, substan-
> tial inroads into functions that have traditionally
> been performed by the Judiciary cannot be characterized
> merely as incidental extensions of Congress' power to
> define rights that it has created. Rather, such inroads
> suggest unwarranted encroachments upon the judicial
> power of the United States, which our Constitution
> reserves for Article III courts." See [**Northen Pipeline
> Const. Co. v. Marathon Pipe Line Co.**, 458 U.S. at 83-84;
> 102 S.Ct. 2858 (1983)]

15. The Supreme Court has said that the ONLY matters which may

lawfully be delegated to legislative Article IV courts such as

this court relate to "public rights". Alleged Defendant is not

pursuing a "public rights" or "privilege" and never was. But YES,

the U.S. (federal government)—without Defendant knows:when and

how, assigned a Social Security Number 025-097-7527 to him and

also, sent checks to him under US TREAS CHECK, see Exhibit ,

dated 04/27/04 and 01/31/05, of NIAGARA CO. SHERIFF'S DEPARTMENT

Inmate Account Record.  See also letter dated July 11, 2006, (copy)

of the letter sent it to the counselor in this case.  Exhibit

Defendant never was or is in receipt of any statutorily created

"public rights" which Congress could lawfully delegate to a legislative

court such as this one.  In fact, he insists that only the common law applies to

this case and that he is a nontaxpayer not subject to any provision of I.R.C.

and not engaged in a privileged "trade or business", which is defined as "the

functions of a public office" in 26 U.S.C. § 7701(a)(26):

> The distinction between public rights and private rights has not been
> definitively explained in our precedents. FN 22. Nor is it necessary
> to do so in the present cases, for it suffices to observe that a matter
> of public rights must at a minimum arise "between the government and
> others." Ex parte Bakelite Corp., supra at 451, 49 S.Ct., @ 413. FN 23.
> In contrast, "the liability of *70 one**2871 individual to another under
> the law as defined," Crowell v. Benson, supra, @ 51, 52 S.Ct., @ 292, is
> a matter of private rights. Our presedents clearly establish that only
> controversies in the former category may be removed from Art. III courts
> and delegated to legislative courts or administrative agencies for their
> determination.  See Atlas Roofing Co. v. Occupational Safety and Health
> Review Comm'n, 430 U.S. 442, n 7, 97 S.Ct. 1261, 1266 n 7, 51 L.Ed.2d
> 464 (1977); Crowell v. Benson, supra, 285 U.S. @ 50-51, 52 S.Ct., @ 292.
> See also Katz, Federal Legislative Courts, 43 Harv. L. Rev. 894, 917-918
> (1930). FN 24.  Private-rights disputes, on the other hand, lie at the
> core of the historically recognized judicial power.  [Northern Pipeline
> Const. Co. v. Marathon Pipe Line Co., 458 U.S. 50, 102 S.Ct. 2858 (1983)]

16. The above conclusions are also confirmed by the Oath taking by District

Court judges, which is a combination of an "employee" oath taken by Executive

Branch employees found in 5 U.S.C. § 3331 and the oath taken by legislative

courts described in 28 U.S.C. § 453.  The EMPLOYEE portion is boldfaced and

underlined:

> "I, ___, do solemnly swear and affirm that I will administer justice without
> regard to persons and do equal right to the poor and to the rich, and that I
> will faithfully and imparially discharge and perform all of the duties
> incumbent upon me a ___ **under the Constitution and laws of the United States,
> and that I will support and defend the Constitution of the United States
> against all enemies foreign and domestic, that I will bear true and
> allegiance to the same, and that I take this obligation**

<u>freely without any mental reservation or purpose of evasion, and that I</u>
<u>will well and faithfully discharge the duties of the office on which I</u>
<u>am about to enter.  So help me God."</u>

Doing "justice without regar to persons" means the court is not here

to protect **natural persons** or their **Constitutional rights**, but

simply are a federal property management agency within the execu-

tive branch who are directly controlled though the tax code and

their pay by the executive branch.  This court's only job is to

administer territory and property belonging to the United States

pursuant to **Article 4, Section 3, Clause 2** of the United States

Constitution.  The "Trade or business" franchise described in

**subtitle A** of the I.R.C. is simply **one form** of the property

belonging to the United States, and only those who voluntarily

make a **FULLY INFORMED** choice in writing to engage in said franchise

may be considered to be subject to the laws which administer such

a "public right" and to the corresponding Executive Branch powers

of this legislative tribunal that administer that "public right".

Yes, this court enjoys "judicial power" **ONLY** in the context of

federal territory, property, and franchises.  However, in the case

of persons domiciled in states of the **Union**, this court is simply

an Executive Branch agency incapable of exercising Article III

powers, and which is a **PROPERTY** court, not a **JUSTICE** court.

> "Waivers of Constitutional rights not only **must** be voluntary, but
> **must** be knowing, intelligent acts done with sufficient awareness of
> the relevant circumstances and likely consequences."
> [**Brady v. U.S.**, 397 U.S. 742 (1970)]

17.   This court may not **PRESUME** that it has Article III powers not

**EXPRESSLY** granted by the legislature in the statutes At Large. All

such presumptions which might prejudice constitutionally guaranteed

rights are **unconstitutional**:

If any question of fact or liability be conclusively presumed [rather than proven] against him, this is not due process of law.
[Black's Law Dictionary, Sixth Edition, p. 500]

---

(1) [8:4993] **Conclusive presumptions affecting protected interests:** A conclusive presumption may be defeated where its application would impair a party's constitutionally-protected liberty or property interests. In such cases, conclusive presumptions have been held to violate a party's due process and equal protection rights. [**Vlandis v. Kline** (1973) 412 U.S. 441, 449, 93 S.Ct. 2230, 2235; **Cleveland Bed. of Ed. v. LaFleur,** (1974) 414 US 632, 639-640, 94 S.Ct. 1208, 1215-presumption under Illinois **law that unmarried fathers are unfit violates due process**]
[Rutter Group Practice Guide-Federal Civil Trials and Evidence paragraph 8:4993, page 8k-34]

---

'It is apparent,' this court said in the Bailey Case (219 U.S. 239, 31 S.Ct. 145, 151) 'that a constitutional prohibition cannot be transgressed indirectly by the creation of a **statutory presumption** any more than it can be violated by direct enactment. **The power to create presumptions is not a means of escape from constitutional restrictions.**'
[**Heiner v. Donnan,** 285 U.S. 312 (1932)]

18. Of this matter, the U.S. Supreme court has said the following:

A. The only power this territorial court can have must be EXPRESSLY provided for in an enactment of Congress.

B. this Article IV legislative court within the Executive Branch of the government may only lawfully exercise extraterritorial jurisdiction over domiciliaries of federal territory wherever situated.

C. The alleged Defendant is **BEYOND** the protection or jurisdiction of this court because he is a **nonresident** party who has not expressly **waived sovereign immunity** pursuant to any provision within 28 U.S.C. § 1605:

"**Levin v. United State,** (C.C.A.) 128 F. 826, 830, 831. In that case, Judge Sanborn, in a very carefully drawn opinion, pointed out that Congress **cannot vest any portion of the judicial power granted by section 1 and defined by section 2 of the third article of the Constitution in courts not ordained and established by itself,** that the judicial power there granted and defined necessarily extended only to the trial of the classes of cases named in section 2; but that these sections neither expressly nor

impliedly prohibited Congress from conferring judicial power upon other courts. 'Thus,' he says, 'the authority granted *567 to territorial courts to hear and determine controversies arising in the territories of the United States is judicial power. But it is not a part of that judicial power granted by section 1, and defined by section 2, of the article 3 of the Constitution. Nevertheless, under the constitutional grant to Congress of power to 'make all needful rules and regulations respecting the territory * * * belonging to the United States' (article 4, s. 3), that body may create territorial courts not contemplated or authorized by article 3 of the Constitution, and may confer upon them plenary judicial power, because the establishment of such courts and the bestowal of such authority constitute appropriate means by which to exercise the congressional power to make needful rules respecting the territory belonging to the United States." [**Williams v. U.S.**, 289 U.S. 553, 53 S.Ct. 751 (1933)]

19.  The court is judicially noticed pursuant to F.R.E. 201 that this case is being tried under Constitutional deversity pursuant to Article III, Section 2 of the United States Constitution.  It is **NOT** being tried pursuant to **STATUTORY** deversity found in 28 U.S.C. § 1332, and therefore is being pursued under **equity** and **NOT** law.  No provision of federal civil law may be cited against a nonresident party with no domicile in the forum pursuant to Fed. Rul. Civ. Proc. 17(b).  Consequently, no provision within the U.S. Code, including the Internal Revenue Code, can properly resolve the matters discussed in this section because no provision of said code extends beyond the territory and other property of the sovereign.  No statutory federal "State" or citizen of such a "State" as defined in 28 U.S.C. § 1332(d) is involved in the case of the Alleged Defendant.  All such "States" are territories. 4 U.S.C. § 110(d).  Statutory law, including the provisions cited as authority by the Plaintiff, are simply **MOOT** to this proceeding in the case of a "nonresident, transient foreigner, de facto stateless person" party with no domicile in the forum and who does not partake of a "public right" or "privilege".

20.  The separation of powers doctrine **DEMANDS** that no judge can

simultaneously serve in **two** branches or capacities of government at the same time and that a conflict of interest will inevitably result which is irreconcilable:

A. He cannot serve as an Article IV legislative justice in the context of federal territories and be in the Executive Branch of the Constitutional government on the one hand.

B. And then serve in the Judicial Branch of the Government under Article III, Section 2, of the Constitution on the other hand. And...

C. Regardless of where he serves, a district court justice cannot be said to be impartial in any trial involving taxes in which he has a personal, pecuniary interest in the outcome as either a "taxpayer" or a federal benefit or employment recipient. This is a violation of 18 U.S.C. § 208, 28 U.S.C. § 144, and 28 U.S.C. § 455. In the capacity of tax litigation, he can therefore act in no capacity other than that of a government employee in the Executive Branch who is subject to the unlimited, undiluted, totalitarian control of the Secretary of the Treasury in the context of reducing or levying his salary whenever his judgment are in conflict **NOT** with the law, but with "public policy" disguised as "law" found in the Internal Revenue Code, Subtitle A. All of the above irreconcilable conflicts were discussed and described at length and remain unrebutted in the following cases: **Evans v. Gore,** 253 U.S. 245 (1920), **Miles v. Graham,** 268 U.S. 501 (1924), **O'Malley v. Woodrow,** 309 U.S. 277 (1939), **U.S. v. Hatter,** 532 U.S. 557, 121 S.Ct. 1782, (2001), Of this **FRAUD,** the founding fathers said:

> "In general course of human nature, A POWER OVER A MAN's SUBSISTENCE AMOUNTS TO A POWER OVER HIS WILL."
> [Alexander Hamilton, Federalist paper No. 79]  Exhibit    .

The court will note that its officers are paid **DIRECTLY** by Congress,

rather than **INDIRECTLY** by an independent and impartial and **SEPARATE** branch of the government, the Judicial Branch, in a tripartite republic of law and not men.  Consequently, the Constitutional Republic has been usurped and replaced by the **WHORE** democracy that Madison warned us ablut in Federalist Paper # 10.  Exhibit

21.  The Government in its 44 pages responses to Defendant's Pretrial Omnibus Motions (on pages 30-35) substancially argued and cited statutes and the Sixth Amendment to the United States Constitution, which means what it says when argument is in front of a court **vested** with the judicial Power of the United States. The Sixth Amendment to the United States Constitution in any circumstances requires that:

> In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

The defendant is guaranteed the 6th Amendment right to a speedy public trial by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by operation of federal law. That right is being denied by an active conspiracy of persons trained as lawyers and others, who have taken an oath to uphold the Constitution and who have, over time, extended the territorial composition of this judicial district beyond the Federal property possessed by the United States on January 1, 1945.  The first sentence that appears in Chapter 5 of Title 28 U.S.C. establishes

that the territorial composition of the districts and divisions
is the federl territory in counties that comprise the districts
and divisions that will be set out in sections 81-131. The true
and correct territorial composition of the districts and divisions
have been extended by a failure and refusal to apply the sentence:

> "Sections 81-131 of this chapter show the territorial
> composition of districts and divisions by counties as
> of January 1, 1945, to the counties that comprise the
> districts and divisions in the rest of the chapter."

It is appropriate to call the unlawful extension of this judicial
district to areas that lie outside the federal possessions that
are encompassed by the counties the compraise the district a
conspiracy, because the United States Code expressly defines the
district.

22. An indictment and public trial by jurors who are not of the
State and district wherein the crime shall have been committed,
is a denial of this defendant's 6th Amendments rights. Section
1867 (a) and (f) of title 28 U.S.C. supports the right to impartial
grand and petit jurors by providing federal litigants the unquali-
fied right to inspect the jury lists at all times during court
proceedings. **Test v. United States**, 420 U.S. 28 (1975). This
defendant makes this motion for inspection of the jury list upon
the authority of the 6th Amendment to the Constitution and § 1867
(a) and (f) of Title 28 U.S.C.

28 U.S.C. § 1867(a):

> In criminal cases, before the voir dire examination
> begins, or within seven days after the defendant
> discovered or could have discovered, by the exercise
> of diligence, the grounds therefore whichever is
> earlier, the defendant may move to dismiss the indict-
> ment or stay the proceedings against him on the ground
> of substantial failure to comply with the provisions
> of this title in selecting the grand or petit jury.

28 U.S.C. § 1867(f):

The contests of record or papers used by the jury
commission or clerk in connection with the jury selection
process shall not be disclosed, except pursuant to the
district court plan or as may be necessary in the
preparation or presentation of a motion under subsection
(a), (b) or (c) of this section, until after the master
jury wheel has been emptied and refilled pursuant to
section 1863 (b)(4) of this title and all persons selected
to serve as jurors before the master wheel was emptied
have completed such service. The parties in a case shall
be allowed to inspect, reproduce, and copy such records or
papers at all reasonable times during the preparation and
pendency of such a motion. Any person who discloses the
contents of any record or paper in violation of this
subsection may be fined not more than $1000 or impresoned
not more than one year, or both.

23. **Districts Which Have Been Previously Ascertained By Law**

The purpose of the 6th Amendment was to clarify and strengthen
the right to a jury trial inall crimes found in **Article III.** The
6th Amendment also creates the right to examine the jury to assure
its qualification and impartiality. The 6th Amendment requires that
the jury be drawn from a district **previously ascertained by law.**
The lawyers' conspiracy that has created federal judicial districts
that now unlawfully encompass every square inch of the counties that
comprise the districts and division assigned to the courts have
different cells that keep these illicit districts intact.

24. One of those conspiratorial lawyer cells was active in the
fixing of the district by using the time and place at requirement
of the 6th Amendment. Deceptive lawyer work is found in the first
sentence that appears in Chapter V of Title 28 U.S.C. That primary
position has only served to hide it from view. In hindsight, it is
apparent that positioning there was intended to **hide it in plain
sight.**

25. Congress did not provide, in the Judiciary Act of 1948, a date

by which a district could be fixed, **as it had done in the Judiciary Act of 1911.** July 1, 1910 was the date used by Congress in 1911 to fix the **territory** in the district to satisfy the 6th Amendment. Instead of fixing a date, **Congress simply stated that the 1948 Act was a continuation** of existing law, which, of course, meant **territorial** law.

26. Part of the lawyers' conspiracy that revised the Judiciary Code of 1948 for publication that was intended to create, and, in fact, did **create**, at the beginning of Chapter 5 of Title 28 U.S.C., an **obscure visual** instruction which determined the territorial composition of the districts and divisions that were to follow by counties, as of the first day of 1945. The revision was done in a manner that has completly removed it from publec scrutiny and atten-tion—till now.

27. The nationwide network of federal territorial courts of the United States routinely and universally **operate**, albeit **unlawfully**, **as courts with Article III judicial power**, all of which is made possible by the **clandestine conspiracy** of lawyers who have established those courts and who immediately squelch any and all opposition to the notion that the courts are actually ordained and established as Article III courts. **Judges of those courts believe, without any supporting evidence, that they are Article III judges.**

28. It is a fact that no federal trial court has ever been ordained and established with a judge seated, pursuant to Article III, in any of the 50 states that form the union of the United States, and the object of the lawyers' conspiracy is to extend the exercise, jurisdiction and authority of federal territorial judicial power beyond its legal limits. The unauthorized wxtension of federal

property that is the federal court's true territorial composition is being challenged by this Rebuttal to Government Response or to be construed as a 2241 Habeas Corpus under Title 28 U.S.C. also to be apply to vacate  Michigan sentense which is extended conspiracy from the Western District of New York (in "federal jurisdiction").

29. The possibility of the emerging lawyers' conspiracy was so evident in the Judiciary Act of 1789 that the Bill of Rights proposed by **James Madison**, the **Father of the Constitution**, was quickly amended to address the specific problems caused by the creation of district courts and the Circuit Courts with **undefined boundaries**—hence the Sixth Amendment.

30. Operation of the federal territorial courts as Article III courts does nothing to change federal law, which remains territorial. The only valid law is that law which is printed by the Government Printing Office and that law contains the sentence that satisfies the Sixth Amendment's requirements as to a district that has been previously ascertained by law.

> "Sections 81-131 of this chapter show the territorial composition of districts and divisions by counties as of January 1, 1945."

An active participant in the conspiracy will not recognize the existence of this sentence and will not admit a comprehension of it.

31. **The Conspiracy to Deny Sixth Amendment Rights**

This Defendant asserts that, at some point between enactment of the Judiciary Act of 1789 on September 24 and June 25, 1948, a conspiracy was conceived to pass off the United States district courts as Article III courts of the United States. The assertion of a lawyers' conspiracy is an explanation not an accusation. There can be no doubt that almost all lawyers believe the United States district

courts are courts of the United States with Article III judicial power. There is, also, no evidence of any truth to support those beliefs. The United States Supreme Court is, of course, a United StatesCourt with Article III judicial power. However, none of the federal trial courts in any of the 50 states found in the Unite States have been ordained and established as Article III courts. The conspiracy has been so successful that no one, until now, has understood the **Article IV** origin of the United States district courts. The proof of an illegal conspiracy becomes evident to all when we find that the government is completely and totally unable to locate any legislation that ordains and establishes any Article III federal trial court in any State of the Union. To satisfy the Sixth Amendment's requirement of a speedy and public trial, by an impartial jury in a district previously ascertained by law, the territorial composition of each district and division is fixed to the date: **January 1, 1945.**

32. **Early History of the District Courts**

The Constitution create one supreme Court of the United States and leaves to Congress the power to create more Article III courts. The Constitution, in at least two other places, grants to Congress power to create additional courts. Although the United States district courts were the first federal trial courts created by Congress, these inferior courts have never qualified to be **judicial** courts of the United States. The Supreme Court of the United States is, of course, a true United States court. The People of the United States ordained and established the Constitution and the Constitution **vested** the judicial power "in **one supreme Court,** and in such **infirior Courts** as the Congress may from time to time ordain and establish."

The United States district courts were never ordained and established as courts of the United States, and legislation to permit the judges of those courts to "hold their Offices during good Behaviour," was not enacted until the Judiciary Act or 1948 provided for it. The complete absence of any use of Article III to ordain and establish United States district courts requires the invocation of the presumption that Congress has continually acted territorially in the creation and administration of the United States district courts. **Foley Bros. v. Filardo,** 366 U.S. 281 (1949). Every contingent of the lawyers' conspiracy may swear an oath that the United States district courts are courts of the United States with Article III judicial power, but such assertions will not produce any evidence or facts in support of such a claim.

33.   **The Non-Judicial District Courts**

The Chief Justice of the Supreme Court of the United States explained the true nature of this court and all other district courts in **Balzac v. People of Porto Rico**, 258 U.S. 298 (1922):

> "The United States District Court is not a true United States court established under article 3 of the Constitution to administer the judicial power of the United States therein conveyed. It is created by virtue of the sovereign congressional faculty, granted under **article 4, clause 3**, of that instrument, of making all needful rules and regulations respecting the territory belonging to the United States. The resemblance of its jurisdiction to that of true United States courts, in offering an opportunity to nonresidents of **resorting** to a tribunal not subject to local influence, **does not change its character as a mere territorial court**

The early district courts began as distinctly territorial courts and have remained so to the present. The enactment of the Judiciary Act of 1948 **did not change** their status in any manner. **No mention of Article III can be found in their pedigree** and there is no hint

of the pomp and circumstance that would normally attend the ordination and establishment of a court able to exercise the same judicial power the Supreme Court of the United States exercuses. Their creation arose of the ordinary need to manage the extensive **territory** which include the Northwest **territory** and all the lands claimed by the states but not yet included within the confines of any of the state of the Union. **The Judiciary Act of 1789 was enacted on September 24th when only 11 states of the thirteen original states had ratified the Constitution.** In Section 2 of the act, it is stated: **"That the United States shall be, and they hereby are divide into thirteen districts...".** It should be obvious to everyone, even a lawyer conspirator, that the thirteen districts made up of eleven states were comprised of something other than States territory. The term "United States" obviously was meant to refer to the territory that had not yet been incorporated into the states of theUnion, but which was claimed by the United States or some of the states. The United States included the Nothwest Territory, which today are the states of Wisconsin, Michigan, Illinois, Indiana and Ohil. Virginia had claims on land that would become the states of West Virginia and Kentucky. North Carolina claimed what was to be the state of Tennessee. The term "United States" certainly include the vast territory subject to the legislative power of Congress before and after the ratification by 9 of the states, and it would include "all Places **purchased** by the **Consent of the Legislature** of the State in which the **Same shall be,** for the **Erection of Forts, Magazines,** Arsenals, dock-Yards and other needful Buildings." **Article 1, § 8, Cl. 17 of the U.S. Const.** The jurisdiction of the Unite States district courts is thus

comprised of territorry not subject to the administration of the government of the several states. Section 3 of the Judicial Act of 1789 requires United States district court judges to reside within the judicial district where they are to serve, and Section 134 of Title 28 U.S.C. continues that requirement. The Sixth Amendment requires that a federal jury be of the State and district where the crime was committed. Section 4 of the act provide for the districts to be divided into three circuits to act as trial courts for the 11 ratifying states, but specially excluded Maine and Kentucky because no part of their territory consisted of state territory. Main would not become a State until 1820. Kentucky became a State in 1791. The territorial composition of the United States proves that the districts were comprised of federal territory not incorporated into a state of the Union and have remained so to this date.

34. State and county officers supply the names and addressed of prospective jurors to the United States district courts based on the erroneous and false presumptions that:

1. The federal judicial district is comprised of all the territory within the district, when, in fact, the district is comprised only of the federal territory within the State or counties that comprise the district.
2. The parties summoned from states of the Union, who are "citizens of the United States" under Section 1 of the Fourteen Amendment are also "citizens of the United States" under 8 U.S.C. § 1401 and 28 U.S.C. § 1865(b). These two types of "citizens", in fact, are part of two completely different political communities. See: Why You are a "national" or a "state national" and not a "U.S. citizen"; http://sedm.org/Forms/MemLaw/WhyANational.pdf
3. There is no separation of powers between states of the Union and the exclusive federal jurisdiction. This destruction or willful failure to recognize all the implications of the separation of powers doctrine amounts to a conspiracy against rights, because the U.S. Supreme Court said this separation was put there for the protection of our Constitutional rights.

"We start with first principles. The Constitution creates

a Federal Government of enumerated powers.  See U.S.
Const., Art. I, 8.  As James Madison wrote, "[t]he
powers delegated by the proposed Constitution to
the federal government are few and defined.  Those
which are to remain in the State governments are
numerous and indefinite."  The Federalist No. 45,
pp. 292-293 (C. Rossiter ed. 1961; also, Project
Gutenberg 1.1 release of The Federalist Papers,
Drafted by CHARLES B. kramer, attorney; Internet:
72600.2026@compuserve.com, Tel: (212) 254-5093),
see Federalist 45, Exhibit  .  **The constitutionally
mandated division of authority "was adopted by the
Framers to ensure protection of our fundamental
liberties."  Gregory v. Ashcroft, 501 U.S. 452, 458
(1991)(internal quotation marks omitted).  "Just as
the separation and independence of the coordinate
branches of the Federal Government serves to prevent
the accumulation of excessive power in any one branch,
a healthy balance of power between the States and the
Federal Government will reduce the risk of tyranny
and abuse from either front."  Ibid.**
[U.S. v. Lopez, 514 U.S. 549 (1995)]

## ARGUMENT:

35.  Defendant submits that the U.S. Government (federal governt.)

has violatated the United States Constitution in the prosecution

of Indictment No. 95-CR-10-A (Western District of New York; and

Indictment No. 99-CR-80241-D (Eastern District of Michigan (both

indictment charging same act of conspiracy in the same jurisdiction,

"federal jurisdiction".))  He states that his right to litigate

in a court vested with the judicial Power of the United States

has been denied.  That the U.S. Government should go back and take

a closer look at the first sentence of Chapter 5, Title 28 U.S.C.,

"Sections 81-131 of this chapter show the **territorial composition

of districts and divisions by counties as of January 1, 1945,**" was

added after Congress enacted Title 28 U.S.C. into positive law on

June 25, 1948, so that the Judiciary and Judicial Procedure Code

would conform to existing statute law.  The geographical places

named in Sections 81-131, therefore, provide examples of the

territorial composition of the districts and divisions on a date certain, in compliance with the Sixth Amendment. The federal court districts and divisions are comprised of the federal territory, Seat of Government, or federal possessions found in the counties that comprise the districts and divisions on January 1, 1945.

36. Every federal litigant or criminal defendant has, pursuant to the Jury Selection Act of 1968, Title 28 U.S.C., Section 1867(f), an unqualified right to inspect jury list. this unqualified right—by obscure circumstances—has been denied to the Defendant.

C O N C L U S I O N

37. The moving party is being denied a NUMBERS of his rights protected by the United States Constitution violated by the Federal government (Executive Department of Justice). The only remedy for this irreconcilable conflict of law and of personal interest is for the sitting justice to recuse himself in this case, or for him to dismiss this case and vacated Eastern District of Michigan conviction construing this motion as a 2241 Habeas Corpus under Title 28 of the United States Code, with prejudice as non-justiciable and beyond the Article IV judicial power of this legislative tribunal. Otherwise, unless and until either the Plaintiff or this Honorable Court produce the following:

    A. The enactment of Congress from the Statute at Large that identifies this court as an Article III court...Or..

    B. Unrebutted evidence that Alleged Defendant is in receipt of a "public right" or privilege that would allow an Article

IV tribunal to preside over this proceeding.

C. The city, town or place of birth of each grand jurors.

D. The state or county of birth of every jurors.

E. The five digit zip Code of the residence of each grand juror.

F. The telephone area code of each grand juror.

G. The city, town or community of each grand juror.

If asked documents are not produce, the Defendant demands that the indictment pending in Western District of NY be dismissed and Michigan sentence vacated based on same **constitutional issues;** construing this motion as a 2241 Habeas Corpus for said purpose. Otherwise, then **NO** further cooperation may lawfully be compelled by this **EXECUTIVE BRANCH tribunal** without imposing an unconstitutional Bill of Attainder in violation of Article I, Section 10 of the United States Constitution for which a Bivens Action pursuant to 42 U.S.C. § 1983 is likely.

Thank you for your professional consideration.

Respectfully submitted,

/S/ *Rafael Diaz*
Rafael Diaz

### VERIFICATION

I, Rafael Diaz, Sui Juris, hereby verify, under penalty of perjury, under the laws of the **United States of America,** without the "**United States**" (federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, provided by Dr. Eduardo M. Rivera, which I belief (**according to my research**) **that** everything is true, so help God, pursuant to 28 U.S.C. 1746(1).  See Supremacy Clause (Constitution , Laws and Treaties are the supreme Law of the Land).

/S/ *Rafael Diaz*

All Defendant's Rights Reserved without Prejudice

JEFFREY J. NEWMAN
Notary Public, State of New York
No. 01NE6033560
Qualified in Niagara County
My Commission Expires November 22, 2009

## PROOF OF SERVICE

I, Rafael Diaz, Sui Juris certify, under penalty of perjury, under the laws of the United States of America, without the "United States," that I am at least 18 years of age, and **not** an United States citizen, and that I personally, or through personnel of the Niagara County Jail by Certified Mail and through other—safety and legal channel served the following document (s):

### REBUTTAL TO GOVERNMENT RESPONSE TO PRETRIAL OMNIBUS MOTIONS, CENTRAL ARGUMENT: LACK OF DISTRICT COURT JURISDICTION

By placing one true and correct copy of said document (s) through the above mentioned channels and through the U.S. "Mail box" of the Niagara County Jail,with postage prepaid and properly addressed to:

**Attorney General**
Department of Justice
10th & Constitution, N.W.
Washington [ZIP code exempt]
DISTRICT OF COLUMBIA

**Solicitor General**
Department of Justice, N.W.
Washington [ZIP code exempt]
DISTRICT OF COLUMBIA

**United States Atty.'s Office**
Terrance P. Flynn
United States Attorney
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202

**United States Marshals Service**
Peter A. Lawrence
United States Marshal
2240 United States Courthouse
100 State Street
Rochester, New York 14614

**United States Marshals Service**
John Palillo
129 United States Courthouse
68 Court Street
Buffalo, New York 14202

**U.S. SUPREME COURT**
Chief justice: John G. Roberts
1 First Street, NE,
Washington, DC 20543
www.supremecourtus.gov

**U.S. SUPREME COURT**
Assoc. Justice: Antonin Scalia
1 first Street, NE,
Washington, DC 20543

**U.S. SUPREME COURT**
Assoc. Justice: Clarence Thomas
1 first Street, NE,
Washington, DC, 20543

**Bureau of Prisons**
Harley G. Lappin, dir.,
Dept. of Justice
320 First Street, NW, 20534

**Central Intelligence Agency**
Gen. Michael V. Hayden, dir.
Washington, DC 20505
www.cia.gov

**Department of State**
Secretary of State:
Condoleezza Rice
2201 C St. NW 20520
www.state.gov

U.S. DEPARTMENT OF JUSTICE
United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3277

Speaker of the House
House of the Representative
Nancy Pelosi (CA)
U.S. Senate,
Washington, DC 20510
www.senate.gov

STATE GOVERNMENT
Governor of NY State
Eliot Spitzer
State Capitol
Albany, NY 12224

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General
c/o P.O. Box 370
Sunset Beach 0o742
CALIFORNIA, USA
email: supremelawfirm@vahoo.com

Washington Legal Foundation
Advocate for freedom and justice
Daniel J. Popeo, Chairman
2009 MASSACHUSETTS Ave., NW
Washington, DC 20036
http://www.w.f.org

DR. EDUARDO M. RIVERA
Attorney and Counselor @ Law
email: edrivera@edrivera.com

Thomas A. Bellein, N.Co. Sheriff

President of the Senate
United States Senate
Pro Tempore, Robert C. Byrd
Washington, DC 20510
www.senate.gov
www.house.gov

Attorney General of New York
Office of the Atty. Genaeral
Andrew Cuomo
The Capitol, 2nd Floor
Albany, New York 12224

Harrington & Mahoney
Attornys at Law
James P. Harrigton
1620 Statle Towers
Buffalo, New York 14202-3093

U.S. CONGRESS
United States Senate
Barack Obama (D), (IL)
Wahington DC 20510
www.senate.gov

U.S. President and others.

[See USPS Publication 221 foraddressing instructions.]

Dated: Decmber 10, 2007 A.D.

/s/ *Rafael Diaz*

Rafael Diaz, Pro Se or by Counsel

Cc: RD/rd

All Petitioner's Rights Reserved without Prejudice

JEFFREY J. NEWMAN
Notary Public, State of New York
No. 01NE6033560
Qualified in Niagara County
My Commission Expires November 22, 20 08

AO 472 (Rev. 3/86) Order of Detention Pending Trial

# United States District Court

EASTERN ————— DISTRICT OF ————— MICHIGAN

UNITED STATES OF AMERICA

v.

**Rafael Diaz**
_____
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 99-80241

In accordance with the Bail Reform Act, 18 U.S.C.§3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I – Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C.§3142(f)(1) and has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

  ☐ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____
  _____ *
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)–(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternate Findings (A)

☐ (1) There is probable cause to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____ .
  ☐ under 18 U.S.C.§924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternate Findings (B)

☐ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

_____
_____
_____
_____
_____

## Part II – Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence)(a preponderance of the evidence) that

_Consent_

08 0280

**FILED**

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 4/16/99

_Paul J. Komives_
Signature of Judicial Officer

MAGISTRATE JUDGE PAUL, J. KOMIVES
Name and Title of Judicial Officer

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C.§801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C.§951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C.§955a).

NIAGARA CO. SHERIFF'S DEPARTMENT
Inmate Account Record

Date Printed:   12/09/05

---

DIAZ, RAFAEL                          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    DOB: 12/19/57    In: 02/12/04  Out:          Area:  P3

---

| Date | Credit | Debit | Reason | Account Balance | Comment |
|------|--------|-------|--------|-----------------|---------|
| 03/05/04 | 100.00 | | MAIL | 100.00 | MO |
| 03/10/04 | | 14.55 | COMMISSARY | 85.45 | |
| 03/19/04 | 30.00 | | MAIL | 115.45 | MO |
| 03/24/04 | | 1.50 | COPIES | 113.95 | 3/22 |
| 03/24/04 | | 34.18 | COMMISSARY | 79.77 | |
| 03/31/04 | | 30.65 | COMMISSARY | 49.12 | |
| 04/02/04 | 60.00 | | VISIT | 109.12 | |
| 04/07/04 | | 31.50 | COMMISSARY | 77.62 | |
| 04/12/04 | 50.00 | | MAIL | 127.62 | MO |
| 04/14/04 | | 34.75 | COMMISSARY | 92.87 | |
| 04/16/04 | 25.00 | | VISIT | 117.87 | |
| 04/21/04 | | 8.30 | COMMISSARY | 109.57 | |
| 04/27/04 | 1.97 | | OTHER | 111.54 | US TREAS CHECK |
| 04/28/04 | | 8.50 | COMMISSARY | 103.04 | |
| 05/05/04 | | 9.25 | COMMISSARY | 93.79 | |
| 05/12/04 | | 34.69 | COMMISSARY | 59.10 | |
| 05/14/04 | 45.00 | | VISIT | 104.10 | |
| 05/20/04 | 50.00 | | MAIL | 154.10 | MO |
| 05/26/04 | | 33.75 | COMMISSARY | 120.35 | |
| 05/28/04 | 30.00 | | VISIT | 150.35 | |
| 06/03/04 | | 5.00 | COMMISSARY | 145.35 | |
| 06/09/04 | | 3.35 | COMMISSARY | 142.00 | |
| 06/16/04 | | 8.43 | COMMISSARY | 133.57 | |
| 06/23/04 | | 2.75 | COMMISSARY | 130.82 | |
| 06/30/04 | | 8.25 | COMMISSARY | 122.57 | |
| 07/08/04 | | 4.00 | COMMISSARY | 118.57 | |
| 07/09/04 | 25.00 | | MAIL | 143.57 | MO |
| 07/21/04 | | 9.10 | COMMISSARY | 134.47 | |
| 07/28/04 | | 3.70 | COMMISSARY | 130.77 | |
| 07/28/04 | | 40.00 | RELEASE MONEY | 90.77 | CK 6160 I. CERGUERA |
| 07/30/04 | 50.00 | | MAIL | 140.77 | MO |
| 08/04/04 | | 33.78 | COMMISSARY | 106.99 | |
| 08/10/04 | 35.00 | | VISIT | 141.99 | |
| 08/11/04 | | 0.50 | COPIES | 141.49 | 8/11 |
| 08/11/04 | | 9.60 | COMMISSARY | 131.89 | |
| 08/18/04 | | 17.20 | COMMISSARY | 114.69 | |
| 08/24/04 | | 1.50 | COPIES | 113.19 | 8/23 |
| 08/25/04 | | 34.99 | COMMISSARY | 78.20 | |
| 09/01/04 | | 14.80 | COMMISSARY | 63.40 | |
| 09/07/04 | 10.00 | | VISIT | 73.40 | |
| 09/07/04 | 15.00 | | VISIT | 88.40 | |
| 09/09/04 | 35.00 | | MAIL | 123.40 | MO |
| 09/09/04 | | 34.80 | COMMISSARY | 88.60 | |
| 09/13/04 | | 1.25 | COPIES | 87.35 | 9/8 |
| 09/14/04 | 20.00 | | MAIL | 107.35 | MO |
| 09/15/04 | | 34.75 | COMMISSARY | 72.60 | |
| 09/16/04 | 40.00 | | VISIT | 112.60 | |
| 09/22/04 | | 5.60 | COMMISSARY | 107.00 | |
| 09/29/04 | | 4.80 | COMMISSARY | 102.20 | |
| 10/01/04 | 60.00 | | MAIL | 162.20 | MO |
| 10/01/04 | | 1.00 | COPIES | 161.20 | 9/28 |
| 10/06/04 | | 20.45 | COMMISSARY | 140.75 | |
| 10/08/04 | | 1.50 | COPIES | 139.25 | 10/1 |
| 10/12/04 | 40.00 | | OTHER | 179.25 | STOP PAY CK 6160 |
| 10/14/04 | 35.00 | | VISIT | 214.25 | |
| 10/14/04 | | 27.10 | COMMISSARY | 187.15 | |
| 10/20/04 | | 30.50 | COMMISSARY | 156.65 | |
| 10/27/04 | | 40.00 | RELEASE MONEY | 116.65 | CK 6510 I. CERGUERA |
| 11/04/04 | 35.00 | | VISIT | 151.65 | |

Date Printed:    12/09/05

| Date | Credit | Debit | Type | Balance | Note |
|------|--------|-------|------|---------|------|
| 11/04/04 | | 34.80 | COMMISSARY | 116.85 | |
| 11/10/04 | 10.00 | | VISIT | 126.85 | |
| 11/10/04 | | 16.25 | COMMISSARY | 110.60 | |
| 11/17/04 | 30.00 | | VISIT | 140.60 | |
| 11/17/04 | | 29.15 | COMMISSARY | 111.45 | |
| 11/23/04 | | 18.35 | COMMISSARY | 93.10 | |
| 11/30/04 | 20.00 | | VISIT | 113.10 | |
| 12/01/04 | | 31.35 | COMMISSARY | 81.75 | |
| 12/03/04 | | 75.00 | RELEASE MONEY | 6.75 | CK 6635 E. DIAZ |
| 12/08/04 | 20.00 | | VISIT | 26.75 | |
| 12/08/04 | | 13.00 | COMMISSARY | 13.75 | |
| 12/13/04 | 30.00 | | VISIT | 43.75 | |
| 12/15/04 | 8.00 | | VISIT | 51.75 | |
| 12/15/04 | | 34.60 | COMMISSARY | 17.15 | |
| 12/21/04 | 5.00 | | MAIL | 22.15 | MO |
| 12/21/04 | 10.00 | | VISIT | 32.15 | |
| 12/22/04 | | 16.25 | COMMISSARY | 15.90 | |
| 12/29/04 | | 12.60 | COMMISSARY | 3.30 | |
| 12/30/04 | 25.00 | | VISIT | 28.30 | |
| 01/05/05 | | 25.05 | COMMISSARY | 3.25 | |
| 01/11/05 | 50.00 | | MAIL | 53.25 | MO |
| 01/12/05 | | 32.75 | COMMISSARY | 20.50 | |
| 01/20/05 | | 1.50 | COPIES | 19.00 | 1/18 |
| 01/20/05 | | 18.90 | COMMISSARY | 0.10 | |
| 01/26/05 | | | COMMISSARY | 0.10 | |
| 01/27/05 | 30.00 | | VISIT | 30.10 | |
| 01/28/05 | 50.00 | | VISIT | 80.10 | |
| 01/31/05 | 1.97 | | OTHER | 82.07 | CK FROM US TREAS |
| 02/02/05 | | 35.00 | COMMISSARY | 47.07 | |
| 02/09/05 | | 35.00 | COMMISSARY | 12.07 | |
| 02/16/05 | 35.00 | | VISIT | 47.07 | |
| 02/16/05 | | 33.80 | COMMISSARY | 13.27 | |
| 02/22/05 | 60.00 | | MAIL | 73.27 | MO |
| 02/24/05 | 25.00 | | VISIT | 98.27 | ] |
| 02/24/05 | | 26.45 | COMMISSARY | 71.82 | |
| 03/02/05 | 35.00 | | VISIT | 106.82 | |
| 03/02/05 | | 33.70 | COMMISSARY | 73.12 | |
| 03/09/05 | | 20.25 | COMMISSARY | 52.87 | |
| 03/11/05 | 15.00 | | MAIL | 67.87 | MO |
| 03/16/05 | | 0.40 | COMMISSARY | 67.47 | |
| 03/21/05 | | 1.00 | COPIES | 66.47 | 3/16 |
| 03/21/05 | | 2.00 | COPIES | 64.47 | 3/21 |
| 03/23/05 | | 6.30 | COMMISSARY | 58.17 | |
| 03/30/05 | | 7.25 | COMMISSARY | 50.92 | |
| 03/31/05 | 70.00 | | MAIL | 120.92 | MO |
| 04/05/05 | 20.00 | | MAIL | 140.92 | MO |
| 04/06/05 | | 0.25 | COPIES | 140.67 | 4/4 |
| 04/06/05 | | 19.45 | COMMISSARY | 121.22 | |
| 04/13/05 | | 34.90 | COMMISSARY | 86.32 | |
| 04/15/05 | | 0.75 | COPIES | 85.57 | 4/13 |
| 05/04/05 | 20.00 | | VISIT | 105.57 | |
| 05/04/05 | | 34.65 | COMMISSARY | 70.92 | |
| 05/17/05 | 70.00 | | MAIL | 140.92 | MO |
| 05/17/05 | | 0.50 | COPIES | 140.42 | 5/13 |
| 05/17/05 | | 0.50 | OTHER | 139.92 | COPIES 5/16 |
| 05/18/05 | 20.00 | | VISIT | 159.92 | |
| 05/18/05 | | 23.40 | COMMISSARY | 136.52 | |
| 05/23/05 | 20.00 | | VISIT | 156.52 | |
| 05/25/05 | | 7.15 | COMMISSARY | 149.37 | |
| 06/02/05 | | 14.25 | COMMISSARY | 135.12 | |
| 06/15/05 | | 0.25 | COPIES | 134.87 | 6/14 |
| 06/15/05 | | 6.45 | COMMISSARY | 128.42 | |
| 06/23/05 | | 0.25 | COPIES | 128.17 | 6/21 |
| 06/27/05 | 70.00 | | MAIL | 198.17 | MO |
| 06/29/05 | | 12.70 | COMMISSARY | 185.47 | |
| 07/08/05 | | 3.75 | COPIES | 181.72 | 7/7 |

Rafael Diaz
_____
Niagara County Jail     *     P. O. Box   496     *     Lockport,  New York          14095

July 11, 2006

HARRINGTON & MAHONY
**James P. Harrington**
1620 Statle Towers
Attorney at Law
Buffalo, NY.  14202-3093

    **Re:  U.S.A. v. Rafael Diaz**
       **95-Cr-10-A**

Dear Mr. Harrington:

    As it was randomized the above captioned name and Social Security number 025-097-7527 which neither of them is me or mine, and you as well the Federal System know that. Even though fact state the federal government- **insistently** forces to prosecute this person.  Such **action** leaves me no other choice but to use my natural human instincts.

    On or about February or March 28 or 29, 2006, we were in the United States District Court for the Western District of New York, and in that session we argued the constitutionality of the magistrate judge.  At the conclusion of said session the parties were agreed to presented the argument(s) to a competent court and judge ordained and established by Article III of the United States Constitution for the United States of America, which are the **only** types of court(s) and judge(s) empowered under the Constitution to rule on matters concern the rights of natural persons living inside the states of the Union.

    During our prior meetings, letters, and conversations I had had requested from you to argued the **fact** that the federal government lacks **constitutional power** to proceed federally in the instant case due to the **missing element** in the Statutes 841 and 846, which is the **nexus** with **interstate commerce;** -specially- in a so-called crime named **conspiracy** in where there is **not money, not drugs**; and when the alleged Rafael Diaz wasn't present in the United States of America, or had any contact with the alleged co-conspirators for the simple reason that the alleged Rafael Diaz doesn't knows any of the people mentioned in the so-called **criminal indictment**.  The Rafael Diaz that the federal government wants he posted bail in 1995 or 1997, and since then he's been running from prosecution.  I rely on documented information that are in court's record, and in previous

conversations regarding this matter with the attorney appointed in the above name and docket number.

On July 5, 2006 you visit me and we went **over** the same above scenario. On July 6, 2006 I called you at your office-for the first time since you were appointed to the above captioned name- through one of your assistant and I told you that I stand still in my assertion of my **natural** and **constitutional rights**, even though at the **cost** of my life.

Also, I had had requested from the appointed attorney to argued about the **United States Treaties** (Geneva Convention and Vienna Convention) and about the **War on drugs;** likewise, the misrepresentation of the United States' Attorneys regarding the United States of America.

Be informed that copies of this letter going to distributes to protect my self from governments' retaliation.

Under penalty of perjury from **without** the United States (federal government) under Title 28 USCA Section 1746(1).

Sincerely yours,

/s/ _____

Cc: rd

RODNEY C. EARLY
**Clk. Of Court**

Et al.

The Hon. Hillary Rodham Clinton
House of Representatives
726 Exchange St., Suite 511
Buffalo, NY 14210

Dear ~~Mr. Schumer~~ Mrs. Clinton:

The United States District Court, for the Western District of New York @ 68 Court St., Buffalo, NY 14202; and is located within your congressional district. My Attorney told me to obtain a written statement from your office as to the article of the United States Constitution that was used to create the court.

I retained Eduardo M.Rivera, who received a Juris Doctor degree from the University of California at Los Angeles in 1971 and has been a member of the Bar of California since June 2, 1972, to prepare an opinion letter regarding the status of the United States District Court, for the Western District of New York.

His conclusion, based on the statute law which was provided to me along with his opinion letter is that the court was created pursuant to Article I of the United States Constitution and, therefore, the court is limited to territorial jurisdiction consisting of the lands and improvements over which the government of the United States has exclusive jurisdiction.

The purpose of this letter is to alert you to the fact that the United States District Court, for the Western District of New York has no Article III judicial power. If you disagree with his conclusion, that the United States District Court, for the Western District of New York is a territorial court, I will be happy to send you the underlying material upon which he bases that conclusion and his analysis. All you have to do is disagree with Doctor Rivera's conclusion that the United States District Court, for the Western District of New York is a territorial court and I will send you copies of the statute law upon which he relied to make his conclusion.

Very truly yours,

/S/ _Rafael Diaz_   12/4/2007

Rafael Diaz
5526 Niagara St., Ext.
Post Office Box 496
Lockport, New York 14095-0496

DENISE I. ROBINSON
Notary Public #01RO6017340
County of Niagara - State of N.Y.
Commission Expires 12/14/20 10

_Denise P. Robinson_

12-4-07

Cc: James P. Harrington, Atty.
     RD/rd

1

The Hon. Charles E. Schumer
House of Representatives
313 Hart Senate Building
Washington, D.C. 20510

Dear Mr. Schumer:

The United States District Court, for the Western District of New York @ 68 Court St., Buffalo, NY 14202; and is located within your congressional district. My Attorney told me to obtain a written statement from your office as to the article of the United States Constitution that was used to create the court.

I retained Eduardo M.Rivera, who received a Juris Doctor degree from the University of California at Los Angeles in 1971 and has been a member of the Bar of California since June 2, 1972, to prepare an opinion letter regarding the status of the United States District Court, for the Western District of New York.

His conclusion, based on the statute law which was provided to me along with his opinion letter is that the court was created pursuant to Article I of the United States Constitution and, therefore, the court is limited to territorial jurisdiction consisting of the lands and improvements over which the government of the United States has exclusive jurisdiction.

The purpose of this letter is to alert you to the fact that the United States District Court, for the Western District of New York has no Article III judicial power. If you disagree with his conclusion, that the United States District Court, for the Western District of New York is a territorial court, I will be happy to send you the underlying material upon which he bases that conclusion and his analysis. All you have to do is disagree with Doctor Rivera's conclusion that the United States District Court, for the Western District of New York is a territorial court and I will send you copies of the statute law upon which he relied to make his conclusion.

Very truly yours,


/S/ _____
Rafael Diaz
5526 Niagara St., Ext.
Post Office Box 496
Lockport, New York 14095-0496


Cc:  James P. Harrington, Atty.
     RD/rd


1

New York Civil Liberties Union
Western Regional Office
The Ansonia Center
712 Main Street
Buffalo, NY 14202

December 5, 2007

To whom it may concern:

My name is Rafael Diaz.  I was arrested March 12, 1999, in
Detroit, Michigan and was charged with "conspiracy" in violation
of Title 21 U.S.C. §§ 841 and 846, under Indictment No. 99-CR-80241-D.

This alleged Conspiracy was originated in the Western District
of New York in early 90's.  I was indicted here in Buffalo in
1995 under Indictment No. 95-CR-10-A.

The United States District Court for the Western District of
New York is located in your area, (your district.)  I have been
challenging the constitutionality of the United States District
Courts since 1999 without an answer from neither district.

The United States Congress has invoked Article III of the U.S.
Constitution (vested inferior Courts with the Judicial Power of
the United States) infriquently.  For instance, Title 28, USC.,
Sections 88 and 91 are the only two (2) courts the Congress invested
Article III Judicial Power, it made these two courts different than
the others.

Due to the magnitude of this matter, I retained Eduardo M. Rivera,
who received a Juris Doctor degree from the University of California
at Los Angeles in 1971 and has been a member of the Bar of
California since June 2, 1972, to prepare an opinion letter
regarding the status of the United States District Court, for the
Western District of New York.

His conclusion, based on the statute law which was provided to me
along with his opinion letter is that the court was created pursuant
to Article I of the United States Constitution and therefore, the
court is limited to territorial jurisdiction consisting of the lands
and improvements over which the government of the United States has
exclusive jurisdiction.

The purpose of this letter is to alert you of the fact that the
U.S. District Court, for the Western District of New York has no
Article III Judicial Power.  I have researched into this matter and
I have to agree Dr. Rivera conclusion that the U.S. Dist. Ct., for
the W.D.NY is other than Article III.

I am of the opinion that if we love this country, we have to compeled
Congress to give full effect to the U.S. Constitution establishing
and ordaining Article III inferior courts to avoid criminals scape
from justice; specially in this era of "terrorism".

Very truly yours,

/S/ _____
Rafael Diaz

PLEASE HELP ME GET THIS MANS WORD OUT ABOUT THE FEDERAL
GOVERNMENT. PEOPLE OF THIS COUNTRY NEED TO KNOW. HERE IS THE
WEBSITE.http://www.suijuris.net/forum/articles-news/9018-ed-riveras-brief-article-
iii.html THERE IS NO JUSTICE IS THE US. PEOPLE HAVE BEEN ABUSED BY
OUR SYSTEM. THE CONSITITUTION IS NOT BEING FOLLOWED BY OUR FORE
FATHERS.
SINCERELY
SANDY STEVENS

February 7, 2008


District Court of the U.S.
For the Dist. of Wash., DC
**Attn: Clerk of the Court**


Re: U.S.A. v. Diaz, No. 95-Cr-10-A
    (Pending in the W.D.Ct. of NY.)


Dear Clerk:

    As it is stated in Title 28 USCA §88, the District
Court of U.S. for Washington, DC, is an Article III Court
vested with the judicial Power of the United States.
This Honorable Court posses the inherent power to hear
this controvercy.

    If this Honorable Court is not the proper forum,
please be so kind to direct or forward it to the right
court.

    Please accept the attached legal document as a Habeas
Corpus under Title 28 USCA §2241.

    Herein a US$5.00 dls. check as it is required.  Also,
an extra copy to be Docketted and a pre-paid envelop with
return address.

    Thank you for your time and consideration.  I hope
to hear from as soon as possible.

Sincerely yours,

/S/ Rafael Diaz
Rafael Diaz (Pro Se)
5526 Niagara St. Ext.
Post Office Box 496
Lockport, NY 14095-0496


Cc: RD/rd

JEFFERY J. NEWMAN
Notary Public, State of New York
No. 01NE6033560
Qualified in Niagara County
My Commission Expires November 22, 20027

December 11, 2007

    Please, take NOTICE of the constitutional issues argued in this petition, in an effort to allert the United States Congress of the **imminent** needs of **Article III** courts and judges through-out the United States; to prevent getting out of jail on mere **technicality**.

See **Ed Rivera "brief"** on **Article III** with a link to the discussion thread David Merill 08-03-2006, or contact Dr. Eduardo M. Rivera, directly at: 310-370-3361, or email: edrivera@edrivera.com.

Truly yours, always

/S/ Rafael Diaz
Rafael Diaz
5526 Niagara St., Ext.
Post Office Box 496
Lockport, New York 14095-0496

Cc: RD/rd

    And others.

JEFFREY J. NEWMAN
Notary Public, State of New York
No. 01NE6033560
Qualified in Niagara County
My Commission Expires November 22, 20**07**

Note:

    Enclosed also fine pages 1-6, a rough version provided by Dr. Eduardo M. Rivera, that should help you understand better the arguments in the motion/petition.

Also, Exhibit No. 1 is in my Counsel possession. Phone #: (716) 853-3700, from Harrington & Mahoney Firm: **James P. Harrington**.

There is little mystery of who the People are. You, the reader, and I the person who is writing this are part of the People. We are together trying to understand our civilization, culture and country as a simple concept of the People linked together by their civilization, culture or country. What brings the People together, however, is not what government, written law and politics is all about. In America what has brought the People together is that place, America. People from all over the world have come to America to live free. America may be the one place on Earth where the People have always lived free. English settlements brought government, written law and eventually politics to America.

The history of government, written law and politics in America is not much in dispute. Politicians have gotten control of a government that writes the laws that controls the People of America. Though they claim they want to help Americans live well and live free, politicians are really hurting the People of America by making the false claim that America is the United States.

In these few pages the mystery of what is the United States has been solved. It has been commonly believed and taught in America's public schools that the United States has operated under two different Constitutions. The first was the Articles of Confederation, which was fully ratified on March 1, 1781, when Maryland was the last state of the original thirteen to ratify it. The second, the Constitution for the United States of America, purportedly repealed the Articles when it was ratified by the ninth State, New Hampshire, on June 21, 1788.

America as seen from space hasn't changed much since the first English settlements. What changed these English settlements to the United States is told in the Organic Law of the United States. The Declaration of Independence over time and turmoil transforms English settlements into thirteen American states, but it is the People of these states that form the next Organic Law—The Articles of Confederation. The Articles help organize the States to defeat the British in America. With their defeat the British lose claim to other territory in America. That territory is the United States. The story of how the Northwest Territory becomes the United States is told in that Organic Law and in the last Organic Law—The Constitution for the United States of America.

The Preamble to the Constitution, which is not technically a substantive part of the Constitution, but it does tell us that "We the People of the United States …do ordain and establish this Constitution for the United States of America." America can be seen from outer space but we need the Organic Law to locate the United States. Using that Law, the People are the People of the States, but the Constitution is for the United States of America, the confederacy created by the Articles of Confederation and not for the People.

If the Constitution is for the United States of America and not for the People of the Original States, what People is the Constitution for? What People have been left out of the Union? What People do not have Justice, domestic Tranquility, a common defense and no means to promote their general welfare? These are the People of the Northwest



1

Territory and they have been left out of the Union. Congress had no power to prepare the States of the Northwest Territory for admission into the Union, so it was necessary to create a Constitution for the United States of America for creation of a government of the United States. The President of the United States takes a special oath to preserve, protect and defend the Northwest Territory and its People. So that future territory could be included, the term "Constitution of the United States" is used in the official oath. Constitution of the United States means the territory like the Northwest Territory that will be admitted into the Union in the future.

What happened? Why is it that everyone believes the United States is all the land between Mexico and Canada? The why is easy to explain. Politicians have greater power when the territory where their law applies is expanded their power grows. If politicians are powerful in federal territory their power is increased when the United States is all America. Who were the biggest politicians when the Constitution was written? George Washington and Benjamin Franklin were big then and are even bigger now Washington's portrait is on the one dollar bill and Franklin's is on the hundred dollar bill. You may call it a Masonic conspiracy if you like because the evidence is there, but it is bigger than that because the truth is not completely known. Let us dig deeper into the facts.

The repeal of the Articles of Confederation is assumed even in the face of overwhelming evidence to the contrary. The basis for the claim that the United States is a republic and that the President of the United States is the executive officer of that republic rest on the assertion that there is a Constitution of the United States. The Northwest Ordinance proposes that there be a new Union of the original states and the territory in the Northwest and elsewhere. The new Union becomes the United States. The Fourteenth Amendment confirms that the United States is a place that can have citizens and residents.

Nowhere in the Constitution for the United States of America is there created a republic by the name of United States. The States exist because they are recognized by other States as such. The United States of America is a confederacy established by the Articles of Confederation and that document is a viable part of the organic law of the States that constitute that Union. The United States in Congress assembled, in the Northwest Ordinance of 1787 recognized a new Union of States which would include the Northwest Territory. It also tacitly created the Citizen of the United States by establishing the qualification of representatives for the district:

Provided, That no person be eligible or qualified to act as a representative unless he shall have been a citizen of one of the United States three years, and be a resident in the district, or unless he shall have resided in the district three years; and, in either case, shall likewise hold in his own right, in fee simple, two hundred acres of land within the same; Provided, also, That a freehold in fifty acres of land in the district, having been a citizen of one of the states, and being resident in the district, or the like freehold and two years residence in the district, shall be necessary to qualify a man as an elector of a representative.

The most important issue is the question of the present viability of the Articles of Confederation. The popular, but I think erroneous, lore is that the Constitution for the United States of America some how repealed the Articles of Confederation and that some how that Constitution became law for the people of the states. As a lawyer who has looked for loopholes for more than 30 years, I have not found the repeal of the Articles of Confederation. If you have the proof of repeal, we want to see it.

The two documents, the Articles of Confederation and Constitution, have much in common, so it has been possible to create the myth that the Constitution repealed or some how superceded the Articles of Confederation. The lack of any evidence of repeal requires that both documents be read together. This is easily done if the Articles of Confederation are confined to the States of the Union and the Constitution is limited to the United States of America where that limitation is specifically expressed. The claim is widely made that the Constitution is a total revision of the Articles of Confederation and that the Articles of Confederation are dead. It is a matter of historical fact that the Articles of Confederation created the United States of America as a perpetual Union and if Civil War affirmed the permanence of the Union it did the same thing for the Articles of Confederation. If the repeal of the Articles of Confederation cannot be demonstrated, then the Articles of Confederation and Constitution for the United States of America must be reconciled. At this point, those who claim that the Constitution is law for the People must reconcile the Articles of Confederation and Constitution for the United States of America.

This modern interpretation of the Constitution is a total fabrication based upon United States Supreme Court opinions that claim or assert the power of Congress to legislate within the states. I have shown in another publication that the Supreme Court is not a judicial court. Until evidence can be produced to the contrary, the United States Supreme Court cannot shown to be an Article III judicial court and the Chief Justice and Associate Justices Article III judges. Those doubters who read this far must demonstrate that the United States Supreme Court is a real judicial court and the lower federal courts are also real judicial courts.

When we carefully compare the two documents, we must make the conclusion that the Articles of Confederation must pertain to the States admitted into the Union from 1777 to 1781 when they can legally be called The United States of America because every State has ratified the Articles and there can be no other interpretation. The Constitution for the United States of America must create a permanent government for the federal territory in the American continent, again because there is no alternative. The federal territory will be larger than the original 13 states and it must be governed by the Congress. The Constitution settles the relationships between the federal territory and the admitted States of the Union. Prior to the framing of the Constitution the, Northwest Ordinance, in Article IV, attempted to temporarily bring the territory and the States together under the Articles of Confederation under the rubric "United States."

The following is a comparison, detailing the similarities and differences between the Constitution and the Articles:

*Rivera*

3

The United States of America is the official or formal name of the confederation of States. There is no official designation of the "more perfect Union" also known as the United States. That name describes a work in progress that has for all intents and purposes been completed. The evolution of the term "United States" is a project for anyone who is interested in the details of history. I hope someone will step forward and accept the work of sorting out the various uses of the term and the abbreviation U.S.

The States that constituted the United States of the United States of America were called the United States in Congress assembled. The Congress under the Articles of Confederation was not a legislature because it had no law making power. The States agreed to a course of action and the States did or did not do what they had agreed to do. There was only one level or authority—the States. The Constitution had to provide for the newly created Union of States and federal territory, which in reality was a means to diguise the representation of the States in the Senate of the United States of America, the confederacy. The Congress of the United States is a bicameral legislature because it can dispose of and make needful Rules and Regulations law for federal territory, the District of Columbia and the federal government. The requirement that all revenue bills originate in the House of Representatives stems from the limitation of taxation in Article I Section 8 in the Constitution to federal territory. The United States of America has been placed in a dormant condition, but it can be revived when needed. That need would be determined by the Articles of Confederation. The Seventeeth Amendment made election of the Senate of the United States by the people of the State instead of by the State legislature.

Under the Articles of Confederation, the States had from two to seven delegates who served for a maximum of three one year terms within a perior of six years. The Founding Fathers set out to create an American form of the Roman Republic with the possibility that it might be turned into a benevolent dictatorship under the first President, George Washington. The similarity of the numbers in the Articles of Confederation and Constitution made be coincidental or they be part of a conspiracy Masonic or of some other kind.

Under the Constitution, the Congress of the United States is an institution established by the States to dispose of and make "all needful Rules and Regulations. Voting under the Articles of Confederation the United States in Congress assembled was one vote per state. Before the seventeenth Amendment, Senators represented the States as delegates. Under the Constitution the vote is based on one vote per Representative or Senator

The two year term for Representatives of the States and districts arises in the Northwest Ordinance. The term of six years for Senators is a substantial increase over the three year term within six years as provided for in Article V of the Articles of Confederation delegates.

The Committee of States still has the power delegated to the United States in Congress assembled under the Articles of Confederation. The Constitution vests in the

*Rivera*

4

President authority to "convene both House, or either of them," for the purpose of desposing of matters that cause "extraordinary Occasions" for either the needs of the United States of America or the United States. The President of Congress under the Articles of Confederation made no discernable claims to be a representative of the people.

Under the Articles of Confederation there was no executive officer because all matters constituting a justisible controversey were concerns of the States. The Constitution for the United States of America sought to "to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare," by the creation of a permanent for the federal territory in relation to the States of the Union. The Constitution in Article II Section Clause 1 vests the executive power in a President of the United States of America, but we see a different power exercised by the President of the United States. The executive power is the power to execute the tax laws of the United States, which are found in Article I Section 8 and all the legislation produced pursuant to the authority granted Congress by Article IV Section 3 Clause 2 of the Constitution.

Ex post facto laws and Bills of Attainder were not prohibited by the Articles of Confederation because the United States in Congress assembled had no legislative power. The Constitution for the United States of America specifically prohibited ex post facto Laws and Bills of Attainder because the Congress of the United States had legislative power within federal territory. And, because the United States had legislative power and a President who had taken an oath to faithfully execute the Office of President of the United States, the Congress of the United States had the power to create a court system subject to the executive control of the President of the United States. That court system is the one Congress created in the Judiciary Act of 1789. The maritime federal judiciary which had operated for decades prior to Declaration of Independence continued as part of the jurisdiction of the district courts.

Pursuant to the Constitution, Congress was to have power under Article I Section 8 to "lay and collect Taxes, Duties, Imposts and Excises" "raise and support Armies" and to provide and maintain a Navy and the States agreed in Article I Section 10 not to "keep Troops" or "Ships of War in time of Peace," as those States ratified the Constitution, unless authorized by Congress. The misconception of the United States as all of America has created a government without limitation on its power to tax. The identification of just what is meant by the United States in the Constitution for the United States of America is critical with regard to taxation, because that power is the most powerful of any governmental power. The Constitution in Article I Section 2 Clause 3 mandates that "direct Taxes shall be apportioned among the several States which may be included within the Union, according to their respective Numbers." Article I Section 8, therefore, is a limitation to the United States, the federal territory.

The question of what is meant by the "United States" is ultimately answered by another question: What Congress is granted the power of taxation in Article I Section 8: Is it the Congress of the United States or the United States in Congress assembled.

5

The correct answer turns the world upside down, but the truth does not change, because it is an inconvenient truth. A final test is offered. Unanimous ratification of the Articles of Confederation and any amendment of those Articles was required by all the States of the Union according to Article XIII. The Constitution for the United States of America could not have been an amendment or repeal of the Articles of Confederation because Article VII of the Constitution made ratification by nine States, "shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same."

The Constitution for the United States of America became effective on June 21, 1788, when New Hampshire became the ninth State to ratify. That ratification confirmed the new Union of the nine States that had ratified and the Northwest territory. Later ratification by all thirteen States did not amend nor repeal the Articles of Confederation. The Louisiana Purchase did nothing to change either the Articles of Confederation or the Constitution. Future expansion and increase of federal territory also changes nothing. The Declaration of Independence is a final protection for the People. The self-evident truth of the equality of mankind limits all forms of government to the words of its creation.

Rivera

6

08-280
RMU

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

*RAFAEL DIAZ*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88688
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*Niagara Co. Jail*
*5526 Niagara Street Ext*
*Lockport, New York 17035*

**DEFENDANTS**

USA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE

Case: 1:08-cv-00280
Assigned To : Urbina, Ricardo M.
Assign. Date : 2/14/2008
Description: Habeas Corpus

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE an x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR □ F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ **G. Habeas Corpus/ 2255**<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H. Employment Discrimination**<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br><br>*(If pro se, select this deck)* | ☐ **I. FOIA/PRIVACY ACT**<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J. Student Loan**<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| --- | --- | --- | --- |
| ☐ **K. Labor/ERISA (non-employment)**<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L. Other Civil Rights (non-employment)**<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M. Contract**<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N. Three-Judge Court**<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241    Habeas Corpus

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $**   Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES   ☑ NO

**VIII. RELATED CASE(S) IF ANY**  n/r  (See instruction)   ☐ YES  ☑ NO   If yes, please complete related case form.

**DATE** 3-14-08   **SIGNATURE OF ATTORNEY OF RECORD** NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.